■ In the Matter of BRIANNA MONEY J. and Another, Infants. LAQUEENIA S., Appellant; SCO FAMILY OF SERVICES, Respondent. [21 NYS3d 205]—

Orders, Family Court, New York County (Stewart Weinstein, J.), entered on or about November 12, 2014, which, to the extent appealed from as limited by the briefs, upon a fact-finding determination that respondent mother is presently and for the foreseeable future unable to care for the subject children by reason of mental retardation, terminated her parental rights to the children and committed their custody and guardianship to petitioner agency and the Commissioner of Social Services for the purpose of adoption, unanimously affirmed, without costs.

Clear and convincing evidence supports Family Court's finding that the mother, by reason of her mental retardation, is unable, at present and for the foreseeable future, to provide proper and adequate care for the children (*see* Social Services Law § 384-b [4] [c]; [6] [b]; *Matter of Leomia Louise C.*, 41 AD3d 249, 249 [1st Dept 2007]). Although there is evidence of the mother's adequate adaptive skills in certain areas and a parental bond between the mother and the children, an expert psychologist opined that the mother's mental retardation significantly impacted her ability to provide even the most basic care for the children, and that the services she had received and the available interventions would not significantly impact or improve her parenting abilities.

Given the foregoing evidence and the evidence that the children have bonded with their foster mother, who provides for their needs and wants to adopt them, termination of the mother's parental rights is in the children's best interests (*Matter of Joyce T.*, 65 NY2d 39, 49-50 [1985]). Concur—Friedman, J.P., Sweeny, Renwick, Andrias and Moskowitz, JJ.